**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

Lawrence, John P.
Lawrence, Tamera E.
     Debtors                                :         15-11899 SR

**CERTIFICATE OF SERVICE OF DEBTORS'
FIFTH AMENDED CHAPTER 13 PLAN**

     I certify that on  July 19, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Fifth Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: July 19, 2016

                                    "/s/" Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072