# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John P. Lawrence  Tamera E. Lawrence  Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC  Movant  vs. | |
| John P. Lawrence  Tamera E. Lawrence  Debtors | NO. 15-11899 SR |
| Frederick L. Reigle Esq.  Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **May 5, 2015, docket entry #18**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorney for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

July 19, 2016