**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
John P. Lawrence, Tamera E. Lawrence,

      Debtor

Select Portfolio Servicing, Inc. as servicing agent for
Deutsche Bank National Trust Company, as Trustee, on
behalf of the holders of the J.P. Morgan Mortgage
Acquisition Trust 2007-CH4 Asset Backed Pass-
Through Certificates, Series 2007-CH4,
      Movant,
vs.
John P. Lawrence, Tamera E. Lawrence,
      Debtor / Respondent,
and
Frederick L. Reigle,
      Trustee / Respondent.

Chapter 13

Case No.: 15-11899-sr

**ORDER**

    IT IS HEREBY ORDERED that the Stipulation of Settlement filed on September 20, 2016 with regard to the above matter is APPROVED

**Date: September 21, 2016**

_____

Hon. Stephen Raslavich, U.S.B.J.