**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Lawrence, John P.**
**Lawrence, Tamera E.**
          **Debtors**

                                    :          15-11899 SR

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S SIXTH AMENDED CHAPTER 13 PLAN**

     I certify that on  September 23, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors'  Sixth Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 23, 2016

                                 "/s/"Mitchell J. Prince
                                 John L. McClain, Esquire
                                 Mitchell J. Prince, Esquire
                                 Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072