United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-11899-sr
John P. Lawrence                                                                          Chapter 13
Tamera E. Lawrence
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett          Page 1 of 1              Date Rcvd: Sep 21, 2016
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db/jdb           +John P. Lawrence,    Tamera E. Lawrence,    554 Gilbertsville Road,
                  Gilbertsville, PA 19525-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   E-Processing, LLC and Equity Trust Company
           Custodian F/B/O 101925 IRA, and Equity Trust Company Custodian F/B/O 101933 IRA and Richard J.
           Stone and Amy J. Stone debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Tamera E. Lawrence aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor John P. Lawrence aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates,
           Series 2006-1 amps@manleydeas.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
           agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor   Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          RICHARD MENTZINGER, Jr.    on behalf of Creditor   Internal Revenue Service
           Rick.Mentzinger@usdoj.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John P. Lawrence, Tamera E. Lawrence,<br><br>         Debtor | Chapter 13<br><br>Case No.: 15-11899-sr |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4,<br>         Movant,<br>vs.<br>John P. Lawrence, Tamera E. Lawrence,<br>         Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>         Trustee / Respondent. | |

### ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on September 20, 2016 with regard to the above matter is APPROVED.

**Date: September 21, 2016**
_____

Hon. Stephen Raslavich, U.S.B.J.