IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN P. LAWRENCE and | : | Chapter 13 |
| TAMERA E. LAWRENCE, | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 15-11899- SR |

## NOTICE OF IRS' WITHDRAWAL OF
## OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

Given the filing of the Debtors' Sixth Amended Chapter 13 Plan on September 23, 2016 in this action, the United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), hereby withdraws its objections to the confirmation of the Debtors' Sixth Amended Chapter 13 plan.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/ Margaret L. Hutchinson
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

/s/ Richard Mentzinger, Jr.
RICHARD MENTZINGER, JR.
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8316
Fax: (215) 861-8618
Email:  rick.mentzinger @usdoj.gov

Dated: October 31, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2016, I caused a true and correct copy of the foregoing Notice of IRS' Withdrawal of Objections to Confirmation of Chapter 13 Plan to be served upon the following by electronically filing the foregoing Notice of IRS' Withdrawal of Objections to Conformation of Chapter 13 Plan with the Bankruptcy Court:

>John L. McClain Esquire
>John L. McClain and Associates
>P.O. Box 123
>Narberth, PA 19072-0123
>*Counsel for Debtors*
>
>Frederick L. Riegle
>Chapter 13 Trustee
>2901 St. Lawrence Avenue
>P.O. Box 4010
>Reading, PA 19606
>
>U.S. Trustee
>Office of the U.S. Trustee
>833 Chestnut Street, Suite 500
>Philadelphia, PA 19107

>/s/ Richard Mentzinger, Jr.
>RICHARD MENTZINGER, JR.
>Assistant United States Attorney