**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : **Chapter 13**
    **Lawrence, John P.**
    **Lawrence, Tamera E.**
       **Debtors**                        : **15-11899 SR**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. § 349(b][3], the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case, and other property of the estate shall revest pursuant to 11 U.S.C.§ 349(b)(3).

5. All applications for allowance of administrative expense {including applications for allowance of professional fees) shall be filed within twenty [20] days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order.

Counsel shall file a Certification of Service confirming that such service has been effected within fifteen (IS) days of the entry of this.

Date: November 3, 2016

_____
U.S. BANKRUPTCY JUDGE
STEPHEN RASLAV!CH

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lawrence, John P.
Lawrence, Tamera E.
554 Gilbertsville Road
Gilbertsville, PA 19525


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606