United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11899-sr
John P. Lawrence                                                        Chapter 13
Tamera E. Lawrence
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2              Date Rcvd: Nov 04, 2016
                             Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
```
db/jdb       +John P. Lawrence,    Tamera E. Lawrence,    554 Gilbertsville Road,
               Gilbertsville, PA 19525-9141
r            +Dan Heuser,    1306 Wilmington Pike,    Suite A-2,    West Chester, PA 19382-8270
cr           +Northeast Revenue Services, LLC,    c/o Michael D. Vagnoni, Esquire,    One Penn Center, 19th Fl,
               1617 JFK Boulevard,    Philadelphia, PA 19103-1821
13493181     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
13493182     +Amy and Richard Stone,    c/o Stephen Hladick Esquire,    5505 Main Street,
               W. Petersburg, PA 17520-1500
13493184     +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
13493185     +Carla A. Beggin, Esquire,    Two Penn Cnter Plaza,    1500 JFK Boulevard, STE 830,
               Philadelphia, PA 19102-1700
13493186     +Central Credit/Penn Cr,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13493187     +Christopher Yangello,    3748 West Chester Pike,    Newtown Sq., PA 19073-3252
13594442      Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
13594167     +E-Processing, LLC and Equity Trust et al,    c/o Danielle Boyle-Ebersole, Esq.,
               298 Wissahickon Avenue,    North Wales, PA 19454-4114
13526935     +FirstEnergy,    331 Newman Springs Rd Building 3,    Red Bank, NJ 07701-5688
13493191     +Jack Dolan, Realtor, ABR,    Coldwell Banker Preferred,    1207 Fayette Street,
               Conshohocken, PA 19428-2345
13493192     +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13493194     +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13493193     +Keller Williams Realty Group,    542 N. Lewis Road,    Limerick, PA 19468-3521
13518419     +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
13493198    ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
               RED BANK NJ 07701-5688
             (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA 19612-6001)
13493196     +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13493199     +Montgomery County Tax Claim Bureau,    c/o Northeast Revenue Service,
               One Montgomery Plaza, Ste 610,    Norristown, PA 19401-4855
13498976     +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13493201     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13493202     +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13493203     +Shapiro & Denardo, LLC,    3600 Horizon Dr., Ste 150,    King of Prussia, PA 19406-4702
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 05 2016 01:57:38     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13493183     +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:28     Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13511359     +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:28     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13493188     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 05 2016 01:58:14
               Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13493189     +E-mail/Text: bankruptcy@icsystem.com Nov 05 2016 01:58:01     IC System,    Attn: Bankruptcy,
               444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
13493190      E-mail/Text: cio.bncmail@irs.gov Nov 05 2016 01:56:42     IRS/ Special Procedures,
               P.O. Box 21125,    Philadelphia, PA  19114
13493195      E-mail/Text: camanagement@mtb.com Nov 05 2016 01:56:46     M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13493200     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:56:53     PA Department of Revenue,
               Dept 280948,    Harrisburg, PA 17128-0001
13504464     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:56:53
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
13493197    ##+Melissa Schierer,    942 W. Philadelphia Avenue,    Boyertown, PA 19512-8533
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2                Date Rcvd: Nov 04, 2016
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:

```
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    E-Processing, LLC and Equity Trust Company
               Custodian F/B/O 101925 IRA, and Equity Trust Company Custodian F/B/O 101933 IRA and Richard J.
               Stone and Amy J. Stone debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor John P. Lawrence aaamcclain@aol.com, edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Tamera E. Lawrence aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates,
               Series 2006-1 amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD  MENTZINGER, Jr.    on behalf of Creditor    Internal Revenue Service
               Rick.Mentzinger@usdoj.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                 : Chapter 13
    Lawrence, John P.
    Lawrence, Tamera E.
        Debtors                                        : 15-11899 SR

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. § 349(b](3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case, and other property of the estate shall revest pursuant to 11 U.S.C.§ 349(b)(3).

5. All applications for allowance of administrative expense {including applications for allowance of professional fees) shall be filed within twenty [20] days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order.

Counsel shall file a Certification of Service confirming that such service has been effected within fifteen (IS) days of the entry of this.

Date: November 3, 2016

                                               _____
                                               U.S. BANKRUPTCY JUDGE
                                               STEPHEN RASLAV!CH

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lawrence, John P.
Lawrence, Tamera E.
554 Gilbertsville Road
Gilbertsville, PA 19525


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606