IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              : Chapter 13
                                                   :
John Lawrence and Tamera Lawrence   :
                                                   :
                               Debtor(s)  : Bankruptcy No. 15-11899 SR

# ORDER SCHEDULING HEARING

AND NOW, upon consideration of the *Application for Compensation of Counsel for Debtor* , it is hereby:

ORDERED**,** that a hearing to consider the *Application*, shall be and hereby is scheduled for Wednesday, December 21, 2016 at 10:30 A.M., Courtroom No. 4, 900 Market Street, Philadelphia, PA, 19107.

                                                            By the Court:


                                                            _____
                                                            Stephen Raslavich
                                                            United States Bankruptcy Judge

Dated:    December 1, 2016


John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

John P. Lawrence
554 Gilbertsville Road
Gilbertsville, PA 19525

Tamera E. Lawrence
554 Gilbertsville Road
Gilbertsville, PA 19525

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106