United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John P. Lawrence
Tamera E. Lawrence
     Debtors

Case No. 15-11899-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey           Page 1 of 1      Date Rcvd: Dec 01, 2016
                         Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db/jdb         +John P. Lawrence,    Tamera E. Lawrence,    554 Gilbertsville Road,
                 Gilbertsville, PA 19525-9141
r              +Dan Heuser,   1306 Wilmington Pike,   Suite A-2,    West Chester, PA 19382-8270
cr             +Northeast Revenue Services, LLC,   c/o Michael D. Vagnoni, Esquire,    One Penn Center, 19th Fl,
                 1617 JFK Boulevard,   Philadelphia, PA 19103-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:25
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    E-Processing, LLC and Equity Trust Company
               Custodian F/B/O 101925 IRA, and Equity Trust Company Custodian F/B/O 101933 IRA and Richard J.
               Stone and Amy J. Stone debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor John P. Lawrence aaamcclain@aol.com,    edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Tamera E. Lawrence aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates,
               Series 2006-1 amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD  MENTZINGER, Jr.    on behalf of Creditor    Internal Revenue Service
               Rick.Mentzinger@usdoj.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                : Chapter 13
                                     :
John Lawrence and Tamera Lawrence    :
                                     :
                        Debtor(s)    : Bankruptcy No. 15-11899 SR


# ORDER SCHEDULING HEARING

AND NOW, upon consideration of the *Application for Compensation of Counsel for Debtor* , it is hereby:

ORDERED**,** that a hearing to consider the *Application*, shall be and hereby is scheduled for <u>Wednesday, December 21, 2016 at 10:30 A.M.,</u> Courtroom No. 4, 900 Market Street, Philadelphia, PA, 19107.

By the Court:

*[signature]*

_____
Stephen Raslavich
United States Bankruptcy Judge

Dated:    <u>December 1, 2016</u>


John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

John P. Lawrence
554 Gilbertsville Road
Gilbertsville, PA 19525

Tamera E. Lawrence
554 Gilbertsville Road
Gilbertsville, PA 19525

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

2