**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Lawrence, John P. | |
|    Lawrence, Tamera E. | : |
|       Debtors | |
| | : 15-11899 SR |

**CERTIFICATE OF SERVICE**

  I certify that on November 6, 2016 a copy of the Order Dismissing Case and setting deadlines for applications for allowance of administrative expenses was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

December 21, 2016

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Lawrence, John P. Lawrence, Tamera E.
554 Gilbertsville Road
Gilbertsville, PA 19525