IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13
   Lawrence, John P.
   Lawrence, Tamera E.
      Debtors                                          : 15-11899 SR

ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this _21st_ day of _Dec_, 2016, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $12,500.00 and $25.78 in expenses and further, the unpaid balance of $11,000.00 of the legal fees and $25.78 in incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606


Lawrence, John P. Lawrence, Tamera E.
554 Gilbertsville Road
Gilbertsville, PA 19525