United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John P. Lawrence
Tamera E. Lawrence
    Debtors

Case No. 15-11899-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Dec 22, 2016
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb         +John P. Lawrence,    Tamera E. Lawrence,    554 Gilbertsville Road,
                Gilbertsville, PA 19525-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    E-Processing, LLC and Equity Trust Company
        Custodian F/B/O 101925 IRA, and Equity Trust Company Custodian F/B/O 101933 IRA and Richard J.
        Stone and Amy J. Stone debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOHN L. MCCLAIN    on behalf of Joint Debtor Tamera E. Lawrence aaamcclain@aol.com,
        edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Debtor John P. Lawrence aaamcclain@aol.com,    edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
        trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates,
        Series 2006-1 amps@manleydeas.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
        agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
        bkecf@milsteadlaw.com
        MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
        michael.vagnoni@obermayer.com,
        michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        RICHARD   MENTZINGER, Jr.    on behalf of Creditor    Internal Revenue Service
        Rick.Mentzinger@usdoj.gov
        THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Lawrence, John P.
   Lawrence, Tamera E.
       Debtors : 15-11899 SR

## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this 21st day of Dec, 2016, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

ORDERED that the Motion is hereby granted a total fee of $12,500.00 and $25.78 in expenses and further, the unpaid balance of $11,000.00 of the legal fees and $25.78 in incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Lawrence, John P. Lawrence, Tamera E.
554 Gilbertsville Road
Gilbertsville, PA 19525